IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH BOND and CANDY WORKMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN WORKERS INSURANCE SERVICES, INC., a Texas corporation,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-290-MHC |

## ORDER

This case comes before the Court on the Suggestion of Bankruptcy [Doc. 6] indicating that Defendant American Workers Insurance Services, Inc. ("American Workers") filed for Chapter 11 Bankruptcy on October 14, 2019. Accordingly, the proceedings against American Workers were automatically stayed pursuant to 11 U.S.C. § 362 by the United States Bankruptcy Court for the Northern District of Texas.

The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The case shall be restored to the trial docket upon motion of any party

following the termination of the bankruptcy proceeding or the expiration of the automatic stay should circumstances change to allow this action to proceed to disposition. This Order shall not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this 3rd day of February, 2020.

_____
MARK H. COHEN
United States District Judge